IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02732-MJW

ROBERT C. ESPINOZA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on January 22, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Robert C. Espinoza.

DATED at Denver, Colorado this 22  day of January, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk